157 A.3d 840

STATE OF NEW JERSEY, PLAINTIFF, v. BRANDON W. VASHEY, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF, v. DARYEL L. RAWLS (A/K/A DARRYL RAWLS, DARYEL C. RAWLS, DARYL RAWLS, AND DERRYL RAWLS), DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DECTRIC J. RAWLS (A/K/A JERMAINE JEFFERSON, LO LO, DETRIC RAWLS, DETRIC J. RAWLS, AND DETRICK J. ROSS), DEFENDANT–PETITIONER.

December 2, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1065/1179/1984–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.